UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:25-cv-09258

WAYNE CABLE,

        Plaintiff,

v.

MCHUGH CONCRETE CONSTRUCTION, INC.,

        Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff WAYNE CABLE by and through it undersigned counsel, brings this Complaint against Defendant MCHUGH CONCRETE CONSTRUCTION INC. for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff WAYNE CABLE ("Cable") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Cable's original copyrighted Works of authorship.

2. Defendant MCHUGH CONCRETE CONSTRUCTION, INC, ("MC") is an Illinois Corporation. At all times relevant herein, MC owned and operated the internet website located at the URL https://mchughconcrete.com/ (the "Website").

3. Cable alleges that MC copied Cable's copyrighted Works from the internet in order to advertise, market and promote its business activities. MC committed the violations

alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of the MC's business.

## JURISDICTION AND VENUE

4. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

5. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

6. MC is subject to personal jurisdiction in Illinois.

7. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, MC engaged in infringement in this district, MC resides in this district, and MC is subject to personal jurisdiction in this district.

## DEFENDANT

8. McHugh Concrete is an Illinois Corporation, with its principal place of business at 1737 S Michigan Ave, Chicago, Illinois, 60616, and can be served by serving its Registered Agent, C T Corporation System at 208 SO LaSalle St. Suite 814, Chicago, Illinois 60604.

## THE COPYRIGHTED WORKS AT ISSUE

9. The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the copyrights at issue in this case, and which are referred to herein as the "Works." Copies of the Works are shown in the table below:

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

| Title | Registration Date | Registration Number | Image |
|---|---|---|---|
| Wit_572_V6133 | 2/5/2010 | VA 1-713-647 | |
| Wit_572_N5016 | 2/5/2010 | VA 1-713-647 | |

| Title | Registration Date | Registration Number | Image |
|---|---|---|---|
| Wit_Hotel_Cable_ZA0151 | 2/5/2010 | VA 1-713-647 | |

10. Cable registered the Works with the Register of Copyrights on February 5, 2010, and was assigned registration number VA 1-713-647. The Certificate of Registration is attached hereto as **Exhibit 1**.

11. At all relevant times Cable was the owner of the copyrighted Works at issue in this case.

**INFRINGEMENT BY MC**

12. MC has never been licensed to use the Works at issue in this action for any purpose.

13. On a date after the Works at issue in this action were created, but prior to the filing of this action, MC copied the Works.

14. On or about January 23, 2024, Cable discovered the unauthorized use of it Works on the Website. The Works were used on the Website by MC to advertise and promote MC's involvement in the construction of The Wit Hotel Chicago.

15. MC copied Cable's copyrighted Works without Cable's permission.

16. After MC copied the Works, it made further copies and distributed the Works on the internet to promote the sale of goods and services as part of its concrete and construction services.

17. MC copied and distributed Cable's copyrighted Works in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

18. MC committed copyright infringement of the Works as evidenced by the documents attached hereto as **Exhibit 2**.

19. Cable never gave MC permission or authority to copy, distribute or display the Works at issue in this case.

20. Cable notified MC of the allegations set forth herein on March 21, 2024 and April 9, 2024. To date, the parties have failed to resolve this matter.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

21. Cable incorporates the allegations of paragraphs 1 through **Error! Reference source not found.** of this Complaint as if fully set forth herein.

22. Cable owns valid copyrights in the Works at issue in this case.

23. Cable registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

24. MC copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Cable's authorization in violation of 17 U.S.C. § 501.

25. MC performed the acts alleged in the course and scope of its business activities.

26. Defendant's acts were willful.

27. Cable has been damaged.

28. The harm caused to Cable has been irreparable.

WHEREFORE, the Plaintiff WAYNE CABLE prays for judgment against the Defendant MCHUGH CONCRETE CONSTRUCTION, INC. that:

a. MC and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. MC be required to pay Cable it actual damages and Defendant's profits attributable to the infringement, or, at Cable's election, statutory damages, as provided in 17 U.S.C. § 504;

c. Cable be awarded it attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Cable be awarded pre- and post-judgment interest; and

e. Cable be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Cable hereby demands a trial by jury of all issues so triable.

Dated: August 5, 2025  Respectfully submitted,

*/s/ Layla T. Nguyen*
LAYLA T. NGUYEN

layla.nguyen@sriplaw.com
JOEL B. ROTHMAN
Joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL33433
561.826.6924 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Wayne Cable*